UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6: 15-07246-KSJ
Chapter 7

IN RE:

**VITO BADALAMENTI, JR.**
_____Debtor(s)_____ /

### DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE

**COMES NOW** the Debtor, **Vito Badalamenti Jr.**, by and through his undersigned counsel motions this Court for an order reopening his case so he can be allowed to file five motions to avoid unsecured judicial liens and in support thereof states:

1. The Debtor's bankruptcy case was closed January 27, 2016.

2. While the Debtor listed all of his debts in the filed schedules, he did not file motions to avoid judicial liens on debts associated with five different creditors(American Express Bank, Winter Springs Summit LLC, Sysco Central Florida Inc, The Realty Associates Fund and Avalon TC).

3. As a result of the judicial liens, the debtor is unable to sell or refinance his home.

4. Debtor should be able to reopen his case to avoid judicial liens on the unsecured creditors who have already been discharged from his Chapter 7 case.

**WHEREFORE**, the Debtor requests that this Court re-open their bankruptcy case and allow him to file five motions to avoid judicial liens.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished

either by electronic transmission or by U.S. Mail to all interested parties on the attached mailing matrix on this __6th__ day of __January__, 2021.

          /s/ ALEC SOLOMITA
          ALEC SOLOMITA, ESQ.
          Attorney for Debtor
          SOLOMITA LAW, PLLC
          FL Bar No. 42357
          12001 Research Parkway,
          Ste. 236
          P: 407-545-3625
          E: asolomita@solomitalaw.com