UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                Case No.: 6:15-bk-07246-KSJ
                                                      Chapter 7
VITO BADALAMENTI JR.,
        Debtor(s).
_____/

## MOTION TO AVOID JUDICIAL LIEN OF AVALON TC II, LP

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Alec Solomita, 12001 Research Parkway, Suite 236, Orlando, Florida 32826, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

      The Debtor(s), Vito Badalamenit Jr., files this Motion to Avoid Judicial Lien of Avalon TC II, LP and show:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on December 4, 2015.

2. This court has jurisdiction over this Motion, filed pursuant to 11 U.S.C. 522(f) to avoid and cancel a judicial lien held by the creditor, Avalon TC II, LP.

3. The above-mentioned creditor has recorded a lien against the Debtor's exempt homestead property, more fully described as: 12754 Somerset Oaks Street, Orlando FL 32828

*WATERFORD VILLAS 51/103 LOT 180, according to the plat thereof as recorded in Plat Book 07212, Page 4429, of the Public Records of Orange County, Florida.*

*PARCEL ID NO.:* 22-22-31-9112-01-800

4. The Final Judgment in Avalon TC II, LP v. Vito Badalmenti, Case Number 2013-CA-10289 is recorded in Orange County Official Records Book 10667, Page 3917 on November 21, 2013.

5. The Debtor's interest in the property referred to in the preceding paragraph and encumbered by the lien has been claimed as fully exempt in his bankruptcy case.

6. The claim of Avalon TC II, LP is approximately $112,504.03 plus the statutory interest rate from November 21, 2013.

7. The fair market value of the Debtor's exempt property is $243,562. The existence of this lien on Debtor's exempt homestead property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. 522(b).

**WHEREFORE**, the Debtor(s) request that this Court enter an order avoiding the lien by Avalon TC II, LP recorded in Orange County Official Records Book 10667, Page 3917 on November 21, 2013.

## DECLARATION

I, Vito Badalamenti Jr., debtor in the above styled case, declare under penalty of perjury that I have read the foregoing Motion to Avoid Lien and that it is true and correct to the best of my knowledge, information, and belief.

Date: 1-13-21

Vito Badalamenti Jr.

*Filer's Attestation: Pursuant to Local Rule 9011-4(d) regarding signatures, Alec Solomita attests that concurrence in the filing of this paper has been obtained.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished either by electronic transmission or by U.S. Mail to Avalon TC II, LP, 3680 Avalon Park East Blvd., Orlando FL 32828 and Patrick J. Burton, Esq., 801 N Orange Ave. #500, Orlando FL 32801.

ALEC SOLOMITA, ESQ.
Attorney for Debtor
SOLOMITA LAW, PLLC
FL Bar. No. 42357
12001 Research Parkway,
Ste. 236
P: 407-545-3625
E: asolomita@solomitalaw.com

# AFFIDAVIT

STATE OF FLORIDA
COUNTY OF

**BEFORE ME**, a Notary Public, personally appeared Vito Badalamenti Jr., who being by me first duly sworn, depose and say:

1. This is an Affidavit in support of a Motion, filed pursuant to 11 U.S.C. 522(f) to avoid and cancel a judicial lien held by the creditor, Avalon TC II, LP.

2. The above-mentioned creditor has recorded a lien against the Debtor's exempt homestead property, more fully described as: 12754 Somerset Oaks Street, Orlando FL 32828 **WATERFORD VILLAS 51/103 LOT 180**, *according to the plat thereof as recorded in Plat Book 07212, Page 4429, of the Public Records of Orange County, Florida.* PARCEL ID NO.: 22-22-31-9112-01-800

3. The Final Judgment in Avalon TP II, LP v. Vito Badalamenti Jr., 2013-CA-010289 is recorded in Orange County Official Records Book 10667, Page 3917 on November 21, 2013.

4. The fair market value of the Debtor's exempt homestead property is $243,562.00. The existence of this lien on Debtor's exempt property impairs exemptions to which the Debtor would be entitled under 11 U.S.C. 522(b).

_____
**VITO BADALAMENTI JR.**

**STATE OF FLORIDA**
**COUNTY OF** _____

**BEFORE ME** this day personally appeared **VITO BADALAMENTI JR.**, who, being duly sworn, deposes and says the foregoing is true and correct to the best of her knowledge, information, and belief.

**SWORN TO** and subscribed before me this 13th day of January 2021.

NOTARY PUBLIC:

Sign: _____

Print: Michelle A. Tortorella

MICHELLE A. TORTORELLA
MY COMMISSION #GG153037
EXPIRES: OCT 27, 2021
Bonded through 1st State Insurance